IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLINT E. CLARK,

    Plaintiff,

v.                                               CASE NO. 5:04cv279-RH/WCS

BUREAU OF PRISONS, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 60), and the objections thereto (document 61). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. Plaintiff's motion for summary judgment (document 39) is DENIED. Defendants' motion to dismiss or for summary judgment (document 54) is GRANTED. The clerk shall enter judgment stating, "All claims are dismissed with prejudice." The clerk shall close the file.

SO ORDERED this 27th day of September, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge